**Shawndee HARTLESS, on Behalf of Herself and All Others Similarly Situated and the General Public, Plaintiff–Appellee,**

v.

**CLOROX COMPANY, Defendant–Appellee.**

**Sonia Newman, Objector–Appellant.**

Shawndee Hartless, on Behalf of Herself and All Others Similarly Situated and the General Public, Plaintiff–Appellee,

v.

Clorox Company, Defendant–Appellee.

Omar Rivero, Objector–Appellant.

Shawndee Hartless, on Behalf of Herself and All Others Similarly Situated and the General Public, Plaintiff–Appellee,

v.

Clorox Company, Defendant–Appellee.

Sam P. Cannata, Objector–Appellant.

Nos. 11–55136, 11–55150.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted May 10, 2012.

Filed May 24, 2012.

Timothy G. Blood, Esquire, Blood Hurst & O'Reardon LLP, Kevin Kamuf Green, John J. Stoia, Jr., Esquire, Robbins Geller Rudman & Dowd LLP, San Diego, CA, Patricia N. Syverson, Esquire, Bonnett Fairbourn Friedman & Balint PC, Phoenix, AZ, for Plaintiff–Appellee.

Janine R. Menhennet, Joseph Darrell Palmer, Law Offices of Darrell Palmer, Solana Beach, CA, for Objector–Appellant.

Adam Golden Levine, Esquire, Counsel, Sabrina Strong, O'Melveny & Myers LLP, Los Angeles, CA, for Defendant–Appellee.

* This disposition is not appropriate for publication and is not precedent except as provided

Before: PREGERSON, GRABER, and BERZON, Circuit Judges.

MEMORANDUM *

Objectors Sonia Newman, Omar Rivero, and Sam P. Cannata appeal the district court's class certification in this class action brought by lead Plaintiff Shawndee Hartless against Defendant Clorox Company. The district court did not abuse its discretion in certifying the settlement class. *See Parra v. Bashas', Inc.*, 536 F.3d 975, 977–78 (9th Cir.2008) (stating the standard of review). On this record, the court was not required to divide the nationwide class into sub-classes, as the Objectors wish.

AFFIRMED.

by Ninth Circuit Rule 36–3.